THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WAYNE T. LONERGAN, Appellant.

Argued June 14, 1945; decided July 19, 1945.

*Edward V. Broderick, S. Bertram Friedman* and *William Merritt* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp, Richard G. Denzer* and *Milton H. Spiero* of counsel), for respondent.

Judgment affirmed; no opinion. [See 294 N. Y. 972.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.